# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 5, 2024

Clerk
United States Court of Appeals
  for the Fourth Circuit
Lewis F. Powell Jr. Courthouse and
  Annex
1100 E. Main Street, Suite 501
Richmond, VA 23219-3517

      Re: **Rico L. Brown**
          **v. United States**
          **No. 23-6433 (Your docket No. 21-4253)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                              Sincerely,

                              SCOTT S. HARRIS, Clerk

                              By

                              M. Altner
                              Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 5, 2024

Mr. Joshua Brown Carpenter, Esq.
Federal Defenders of Western North Carolina, Inc.
1 Page Ave., Suite 210
Asheville, NC 28801

Mrs. Elizabeth B. Prelogar, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

    Re:  Rico L. Brown
          v. United States
          No. 23-6433

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Fourth Circuit.

                                   SCOTT S. HARRIS, Clerk

                                   By

                                   M. Altner
                                   Assistant Clerk – Judgments

cc:  Clerk, 4th Cir.
      (Your docket No. 21-4253)

# Supreme Court of the United States

No. 23–6433

**RICO LORODGE BROWN,**

Petitioner

v.

**UNITED STATES**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Fourth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the motion of petitioner for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of *Erlinger* v. *United States*, 602 U. S. ___ (2024).

July 2, 2024

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States